IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA BENNETT | : | CIVIL ACTION |
| v. | : | |
| RHODA WINDSTEAD, et al. | : | NO. 10-4359 |

ORDER

AND NOW, this 26th day of April, 2011, upon careful and independent consideration of Tina Bennett's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (docket entry # 1), the defendants' response thereto (docket entry # 14), the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (docket entry # 15), and the Court finding that it agrees with Judge Perkin's conclusions regarding the meritlessness of Bennett's exhausted and unexhausted claims, it is hereby ORDERED that:

    1. The Report and Recommendation is APPROVED and ADOPTED;

    2. The petition for habeas corpus pursuant to 28 U.S.C. § 2254 (docket entry # 1) is DENIED;

    3. Bennett having failed to make a substantial showing of the denial of a constitutional right, we DECLINE to issue a certificate of appealability; and

4. The Clerk of Court shall statistically CLOSE this case.

BY THE COURT:

/s/ Stewart Dalzell, J.